Attachment 2 - EEOC Complaint Form

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
_____ **DIVISION**

RECEIVED

JAN 1 3 2023

CLERK U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ BT
DEPUTY

Andrea Harrison _____

_____

(Name of plaintiff or plaintiffs)

Civil Action Number:

v.

EBQ Quickstart Inc. _____

_____

_____

(Name of defendant or defendants)

SA23CA0056 JKP

_____
(Supplied
by Clerk's Office)

### COMPLAINT

1.   This action is brought by Andrea Harrison _____, Plaintiff,
     pursuant to the following selected jurisdiction:

### (Please select the applicable jurisdiction)

[ X ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)   Employment
      Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment),
      religion or national origin. Retaliation

[ X ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) **(ADEA)**.

[   ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) **(ADA)**.

[ X ] The Equal Pay Act (29 USC § 206(d)) **(EPA)**.

[   ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees
      only).

2.   Defendant EBQ Quickstart Inc. _____ (Defendant's name) lives
     at, or its business is located at 6800 Burleson Rd Building 310 Suite 265
     (street address), _____ (city), Austin
     (state), Texas _____ (zip). 78744

3a.     Plaintiff sought employment from the defendant or was employed by the defendant
at _____ (street address),
(city), _Austin_____ (state), _Texas_____ (zip).

3b.     At all relevant times of claim of discrimination, Defendant employed _500___
(#) employees.   If defendant is a union, at all relevant times of claim of
discrimination, Defendant had _____ (#) members.

4.      Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of
this complaint on or about _____(month) _____(day) ___
(year).   If incidents of discrimination occurred more than one day, please indicate
the beginning and ending dates of such acts:_____

5.      Plaintiff filed charges against the defendant with the Equal Employment
Opportunity Commission (E.E.O.C.) charging defendant with the acts of
discrimination indicated in paragraph 7 of this complaint on or about _____
(month) _____(day) _____(year).   (Not applicable to federal
civil service employees).

6a.     The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on .
(month) _____(day) _____(year).   (Not applicable to
ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**       **PLEASE ATTACH A COPY OF YOUR NOTICE OF
RIGHT TO SUE AND THE ENVELOPE IN WHICH
IT WAS RECEIVED TO THIS COMPLAINT.**

6b.     Please indicate below if the E.E.O.C issued a **Determination** in your case:

[    ] Yes
[X] No

**VERY IMPORTANT NOTE:**       **IF YOU CHECKED "YES", PLEASE ATTACH A
COPY OF THE E.E.O.C.'S DETERMINATION TO
THIS COMPLAINT**

7.      Because of plaintiff's:

**(Please select the applicable allegation(s))**

[X] Race (If applicable, state race) _Black   African American_____

[    ] Color (If applicable, state color) _____

[　] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[　] Religion (If applicable, state religion) _____

[　] National Origin (If applicable, state national origin) _____

[X] Age (If applicable, state date of birth) _07-03-1968_____

[　] Disability (If applicable, state disability) _____

[　] Prior complaint of discrimination or opposition to acts of discrimination.
(Retaliation) (If applicable, explain events of retaliation) _____

The defendant:  **(please select all that apply)**

[　] failed to employ plaintiff.

[X] terminated plaintiff's employment.

[X] failed to promote plaintiff.

[X] harassed plaintiff.

[　] other (specify) _____

8a.    State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**        **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.**

_____

8b.    List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

_____

8c.    List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

See Attached

9.      The above acts or omissions set forth in paragraphs 7 and 8 are:

[   ]    still being committed by defendant.
[X]    no longer being committed by defendant.

10.     Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[   ] Defendant be directed to employ plaintiff.

[   ] Defendant be directed to re-employ plaintiff.

[   ] Defendant be directed to promote plaintiff.

[   ] Defendant be directed to Compensate For Compensatory Punitive Damages BACK PAY and that the Court grant such other relief as may be appropriate, including injunctive FRONT PAY orders, damages, costs and attorney's fees. Cur+ Cost All Damages.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

01 / 09 / 2022

Date _____

Signature of Plaintiff

913 Overcup Drive

Address of Plaintiff

SAN MARCOS, Tx 78666

City          State          Zip Code

Telephone Number(s)

Andrea's Customers
(o Accounts

Exhibit A-1

Exhibit A-1

Andreas Customers
(6 Accounts)

Exhibit A-2

Raj
42 Accounts

Exhibit A-2

RAS Accounts
42

Exhibit A-3

Optum Accounts
42

Exhibit A-3

12/31/2021

Column
4a Accounts

**From:** Allen Kats [mailto:allen.kats@ebq.com]
**Sent:** Tuesday, December 28, 2021 10:57 AM
**To:** andrea.harrison@ebq.com
**Cc:** michael.edwards@ebq.com
**Subject:** FW: EBQ (formerly TechVAR) - New Point of Contact

Hi Andrea,

This is Michael Edwards from Allen's email. Did you get back to the customer this morning?

Thank you

Exhibit B

**From:** Allen Kats [mailto:allen.kats@ebq.com]
**Sent:** Tuesday, December 28, 2021 10:57 AM
**To:** andrea.harrison@ebq.com
**Cc:** michael.edwards@ebq.com
**Subject:** FW: EBQ (formerly TechVAR) - New Point of Contact

Hi Andrea,

This is Michael Edwards from Allen's email. Did you get back to the customer this morning?

Thank you

Exhibit B

**From:** Brittany Savary [mailto:brittany.savary@ebq.com]
**Sent:** Monday, December 27, 2021 4:06 PM
**To:** Andrea Harrison <andrea.harrison@ebq.com>
**Subject:** Verbal Warning - Andrea Harrison

Hi Andrea,

Per our conversation today, moving forward, I would like for you to ensure you are following the process for responding to customer emails and sending out quotes in a timely manner. If you are able to turn around a quote in the same business day to a customer, you should do so. If you cannot do it the same business day, you should communicate with your supervisor to ask for help in doing so or ensure you are setting expectations with your customer on when they should be receiving the quote.

This is important as our customers can very easily go somewhere else to purchase their products and solutions.

Our conversation today was in reference to two particular instances. Please see the detailed information below for your reference.

**Talon LPE**
This customer requested a quote for Adobe licenses and Lenovo Desktops on Friday, December 17th after our external call with him at 10am CT. I then requested two quotes from Ingram, our Lenovo & Adobe distributor. One was received in my inbox on December 17th at 3:44pm and the other on Dec. 17th at 7:37pm. Those quotes were then forwarded to Andrea at 4:01pm and 7:37pm on Dec. 17th. The customer (Talon LPE) reached back out to Andrea and I on December 23rd at 8:40am and let us know he has not yet received the quotes he requested. I reached out to Andrea on December 27th at 8:12am asking if she had sent these quotes out yet and have not received a response. Please see attached Glip communication in regards to this.

**Neil Mowatt**
This customer reached out to Paul Carson trying to get ahold of Rebekah, who is no longer with EBQ. This was forwarded to me on Dec. 22nd at 8:13am, which I then forwarded to Andrea and included the customer so Andrea could reference the email chain communication. His request was for a quote for 13 Webroot licenses for a new client of his. I asked Andrea on Dec. 27th at 8:46am if she sent the customer the quote yet as I was cleaning up my inbox and did not want to delete the email if I needed to provide assistance in getting the quote out for her. The customer sent in an email to Andrea and I on Dec, 27th at 11:21am stating "I really do need this as soon as possible". I then responded to his email and asked Andrea to provide a quote or would she like for me to do so. She then responded and let me know she spoke to the customer.

Exhibit C

**From:** Brittany Savary [mailto:brittany.savary@ebq.com]
**Sent:** Monday, December 27, 2021 4:06 PM
**To:** Andrea Harrison <andrea.harrison@ebq.com>
**Subject:** Verbal Warning - Andrea Harrison

Hi Andrea,

Per our conversation today, moving forward, I would like for you to ensure you are following the process for responding to customer emails and sending out quotes in a timely manner. If you are able to turn around a quote in the same business day to a customer, you should do so. If you cannot do it the same business day, you should communicate with your supervisor or ensure you are setting expectations with your customer on when they should be receiving the quote.

This is important as our customers can very easily go somewhere else to purchase their products and solutions.

Our conversation today was in reference to two particular instances. Please see the detailed information below for your reference.

**Talon LPE**
This customer requested a quote for Adobe licenses and Lenovo Desktops on Friday, December 17th after our external call with him at 10am CT. I then requested two quotes from Ingram, our Lenovo & Adobe distributor. One was received in my inbox on December 17th at 3:44pm and the other on Dec. 17th at 7:37pm. Those quotes were then forwarded to Andrea at 4:01pm and 7:37pm on Dec. 17th. The customer (Talon LPE) reached back out to Andrea and I on December 23rd at 8:40am and let us know he has not yet received the quotes he requested. I reached out to Andrea on December 27th at 8:12am asking if she had sent these quotes out yet and have not received a response. Please see attached Glip communication in regards to this.

**Neil Mowatt**
This customer reached out to Paul Carson trying to get ahold of Rebekah, who is no longer with EBQ. This was forwarded to me on Dec. 22nd at 8:13am, which I then forwarded to Andrea and included the customer so Andrea could reference the email chain communication. His request was for a quote for 13 Webroot licenses for a new client of his. I asked Andrea on Dec. 27th at 8:46am if she sent the customer the quote yet as I was cleaning up my inbox and did not want to delete the email if I needed to provide assistance in getting the quote out for her. The customer sent in an email to Andrea and I on Dec, 27th at 11:21am stating "I really do need this as soon as possible". I then responded to his email and asked Andrea to provide a quote or would she like for me to do so. She then responded and let me know she spoke to the customer.

Exhibit C

**From:** Andrea Harrison [mailto:andrea.harrison@ebq.com]
**Sent:** Monday, December 27, 2021 11:45 AM
**To:** 'nmowatt@gmail.com' <nmowatt@gmail.com>
**Subject:** Requested Quote

Hi Neil,

Pleasure speaking with you here  is the quote for the license you requested. Please let me know once you speak with the customer if they would prefer 1,2, or 3 years as you mentioned you will receive a discount if you select the 2 or 3 year option.

| Webroot Endpoint Protection/Antivirus | | | | |
|---|---|---|---|---|
| Term (Year) | Cost Annualized | Licenses | License Cost | Total Cost (excluding tax) |
| 1 | $ 23.00 | 35 | $ 23.00 | $ 805.00 |
| 2 | $ 41.40 | 35 | $ 41.40 | $ 1,449.00 |
| 3 | $ 55.20 | 35 | $ 54.00 | $ 1,890.00 |

Sincerely,



**Andrea Harrison** | Account Manager
**PHONE:** (512) 637-8728
**EMAIL:** andrea.harrison@ebq.com
**ADDRESS:** 6800 Burleson Rd, Bldg. 310 Ste. 265, Austin, TX 78744

Exhibit D

**From:** Andrea Harrison [mailto:andrea.harrison@ebq.com]
**Sent:** Monday, December 27, 2021 11:45 AM
**To:** 'nmowatt@gmail.com' <nmowatt@gmail.com>
**Subject:** Requested Quote

Hi Neil,

Pleasure speaking with you here  is the quote for the license you requested. Please let me know once you speak with the customer if they would prefer 1,2, or 3 years as you mentioned you will receive a discount if you select the 2 or 3 year option.

| Webroot Endpoint Protection/Antivirus | | | | |
|---|---|---|---|---|
| Term (Year) | Cost Annualized | Licenses | License Cost | Total Cost (excluding tax) |
| 1 | $    23.00 | 35 | $    23.00 | $    805.00 |
| 2 | $    41.40 | 35 | $    41.40 | $    1,449.00 |
| 3 | $    55.20 | 35 | $    54.00 | $    1,890.00 |

Sincerely,



**Andrea Harrison** | Account Manager
**PHONE:** (512) 637-8728
**EMAIL:** andrea.harrison@ebq.com
**ADDRESS:** 6800 Burleson Rd, Bldg. 310 Ste. 265, Austin, TX 78744

Exhibit D

**From:** Andrea Harrison <andrea.harrison@ebq.com>
**Date:** December 17, 2021 at 6:12:11 AM CST
**To:** Michael Edwards <michael.edwards@ebq.com>, Brittany Savary <brittany.savary@ebq.com>
**Subject: OOO**

Hi,

Not feeling well this morning and this is to inform you I'll be out of the office today.



**Andrea Harrison** | *Account Manager*
**PHONE:** (512) 637-8728
**EMAIL:** andrea.harrison@ebq.com
**ADDRESS:** 6800 Burleson Rd, Bldg. 310 Ste. 265, Austin, TX 78744

*Exhibit E*

**From:** Andrea Harrison <andrea.harrison@ebq.com>
**Date:** December 17, 2021 at 6:12:11 AM CST
**To:** Michael Edwards <michael.edwards@ebq.com>, Brittany Savary <brittany.savary@ebq.com>
**Subject: OOO**

Hi,

Not feeling well this morning and this is to inform you I'll be out of the office today.



**Andrea Harrison** | *Account Manager*
**PHONE:** (512) 637-8728
**EMAIL:** andrea.harrison@ebq.com
**ADDRESS:** 6800 Burleson Rd, Bldg. 310 Ste. 265, Austin, TX 78744

Exhibit E



*Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to email or messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of EBQ shall be understood as neither given nor endorsed by it.

On Thu, Dec 16, 2021 at 10:17 AM Michael Edwards <michael.edwards@ebq.com> wrote:

Sorry Rob, just seeing this. This looks like a no call no show. Do I need to reach out or do you got this?

**From:** Robert Ploeger [mailto:hr@ebq.com]
**Sent:** Thursday, December 16, 2021 10:01 AM
**To:** Brittany Savary; Michael Edwards
**Subject:** Confirmation of No-Call, No-Show

Good morning Brittany and Michael,

Will you please confirm if Andrea has made any contact with either of you as of yet?

Cody let me know that she still has yet to check-in as yet.

I just checked RingCentral and I don't show any dials made from her as of yet.

Has she made any updates in the CRM?

-Rob



**Robert Ploeger** | Chief People Officer
P: (512) 292-1110 E: hr@ebq.com
HQ: 6800 Burleson Rd, Bldg. 310 Ste. 265, Austin, TX 78744



EBQ_000176

Exhibit F

**ebq** 

*Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to email or messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of EBQ shall be understood as neither given nor endorsed by it.

On Thu, Dec 16, 2021 at 10:17 AM Michael Edwards <michael.edwards@ebq.com> wrote:

> Sorry Rob, just seeing this. This looks like a no call no show. Do I need to reach out or do you got this?
>
>
> **From:** Robert Ploeger [mailto:hr@ebq.com]
> **Sent:** Thursday, December 16, 2021 10:01 AM
> **To:** Brittany Savary; Michael Edwards
> **Subject:** Confirmation of No-Call, No-Show
>
>
> Good morning Brittany and Michael,
>
>
> Will you please confirm if Andrea has made any contact with either of you as of yet?
>
>
> Cody let me know that she still has yet to check-in as yet.
>
>
> I just checked RingCentral and I don't show any dials made from her as of yet.
>
>
> Has she made any updates in the CRM?
>
>
>
> -Rob

**ebq**   **Robert Ploeger** | Chief People Officer
P: (512) 292-1110 E: hr@ebq.com
HQ: 6800 Burleson Rd, Bldg. 310 Ste. 265, Austin, TX 78744

EBQ_000176

Exhibit F

| To: | Andrea Harrison<br>913 Overcup Drive<br>San Marcos, TX 78666 | From: | San Antonio Field Office<br>5410 Fredericksburg Road, Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2022-02131 | Lydia DeSantiago,<br>Investigator | 210-640-7572 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

    Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

    The EEOC is terminating its processing of this charge.

*Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** *of your receipt of this Notice.* Otherwise, your right to sue based on the above-numbered charge will be lost.*

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**DeAnna Brooks Torres** Digitally signed by DeAnna Brooks Torres<br>Date: 2022.10.29 18:51:45 -05'00'

Enclosures(s)

**Norma Guzman**
**Field Director**

cc:   Rebecca H Aduddell
      GCAK
      9601 McAllister Freeway Suite 401
      San Antonio, TX 78216

| To: | Andrea Harrison<br>913 Overcup Drive<br>San Marcos, TX 78666 | From: | San Antonio Field Office<br>5410 Fredericksburg Road, Suite 200<br>San Antonio, TX 78229 |
|---|---|---|---|

| EEOC Charge No.<br>451-2022-02131 | EEOC Representative<br>**Lydia DeSantiago,**<br>**Investigator** | Telephone No.<br>210-640-7572 |
|---|---|---|

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

    Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

    The EEOC is terminating its processing of this charge.

*Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> \*of your receipt of this Notice.\*** Otherwise, your right to sue based on the above-numbered charge will be lost.*

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**DeAnna Brooks Torres** Digitally signed by DeAnna Brooks Torres
Date: 2022.10.29 18:51:45 -05'00'

Enclosures(s)

**Norma Guzman**
**Field Director**

cc: **Rebecca H Aduddell**
**GCAK**
**9601 McAllister Freeway Suite 401**
**San Antonio, TX 78216**